IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BISHMAEL H. OBAMAS**                                                                                    **PLAINTIFF**
**ADC #145160**

v.                         CASE NO: 1:14CV00036 BSM

**WILLIAM WIESENBACH, JR. et al.**                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 5th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE